

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO.  9:07-CR-29 |
| | § | |
| EMILE MARTIN | § | |

## MEMORANDUM ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas.  In accordance with 18 U.S.C. § 3401(I) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of Defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and 18 U.S.C. § 3583, the magistrate judge issued his *Findings of Fact and Recommendation on Plea of True* [Clerk's doc. #6].  The magistrate judge recommended that the Court revoke Defendant's supervised release and impose a term of imprisonment for the revocation, with no term of supervision to follow.

The parties have not objected to Judge Giblin's report.  Accordingly, after review, the Court concludes that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation on Plea of True* [Clerk's doc. #6] of the United States Magistrate Judge are **ADOPTED.**  The Court finds that Defendant, Emile Martin, violated conditions of his supervised release.  The Court, therefore, **REVOKES**  his term of supervision.  Pursuant to the magistrate judge's recommendation, the Court **ORDERS** Defendant to serve a term of  twelve (12) months and one (1) day imprisonment for the revocation. The Court imposes no further term of supervision.

So **ORDERED** and **SIGNED** this **19** day of **September, 2007.**

_____
Ron Clark, United States District Judge